960

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLIFFORD BINDER, Defendant-Appellant.

(No. 59418;

First District (1st Division)—April 1, 1974.

PER CURIAM.

GOLDBERG, J., took no part.

O'Donnell, Wolff, LeVine, Mazzorana & Krupa, of Chicago (Arthur J. O'Donnell, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.